JAMES TESAR V. THE STATE.

No. 10068.   Delivered March 31, 1926.

**Possessing Intoxicating Liquor—Charge of Court—No Statement of Facts —No Error Shown.**

Where a record is before us without a statement of facts, objections to the court's charge that issues submitted were not raised by the evidence, and requested charges which were refused, cannot be intelligently considered by us, and no error is presented.

Appeal from the District Court of Potter County.   Tried below before the Hon. Henry D. Bishop, Judge.

Appeal from a conviction for possessing intoxicating liquor for the purpose of sale, penalty one and one-half years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robt. M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for possessing intoxicating liquor for the purpose of sale. Punishment is one and one-half years in the penitentiary. ·

The record contains neither statement of facts nor bills of exception. Objections to the court's charge are based on the claim that the evidence raised no issue authorizing certain instructions. Manifestly without having the facts before us we are in no position to review this matter. The same is true of the special charges refused. In the absence of the facts proven we cannot determine whether the requested charges were appropriate.

·The judgment is affirmed.

*Affirmed.*

Morrow, P. J., absent.